UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 4:10-mj-01099

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LEIGH S. CORTEZ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Criminal Information currently pending in the above matter is dismissed.

SO ORDERED. This the 4th day of ~~March~~ April 2011.

Louise W. Flanagan
Chief U.S. District Judge